WR-82,672-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/14/2015 11:48:47 AM
Accepted 1/14/2015 12:11:48 PM
ABEL ACOSTA
CLERK



**SUSAN HAWK**
**CRIMINAL DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**

January 14, 2015

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re:  Court of Criminal Appeals Writ No. WR-82,672-01;
Trial Court Cause No. W91-22107-Q(A);
*Ex parte James Berkeley Harbin II*

Dear Mr. Acosta:

On December 19, 2014, Dallas County District Clerk's Office filed a Clerk's Record in the above-mentioned case.[1]  That record contains the trial court's Findings of Fact and Conclusions of Law.  The findings were issued on December 16, 2014 by the Honorable Lena Levario, Presiding Judge of the 204th Judicial District Court in Dallas County.  The State was not served with a copy of said findings.  The State learned of the December 16th findings (which recommend that relief be granted in Applicant's case) on December 29, 2014, when the undersigned searched the Dallas County District Clerk online records database.

Please allow this letter to serve as notice that the undersigned has now prepared and filed with the trial court today, a copy of the State's Objections to the Trial Court's Findings of Fact, Conclusions of Law and Recommendation of Trial Court on Application for Writ of Habeas Corpus in the above-mentioned case.  A copy of this document is attached to this letter.  I expect that the Clerk's Office will send a supplemental record shortly.

Sincerely,

Christine Womble
Assistant District Attorney
State Bar No. 24035991
Frank Crowley Courts Building
133 N. Industrial Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*

---

[1] The Court's website reflects that the record was received on January 5, 2015.

Frank Crowley Courts Building, 133 North Riverfront Boulevard, LB-19 Dallas, Texas 75207-4399  (214) 653-3600

cc:      Gary Udashen (via email; without enclosure)